KNICKERBOCKER OIL CORPORATION, Respondent, *v.* RICH-
FIELD OIL CORPORATION OF NEW YORK, Appellant.

(Argued June 6, 1932; decided June 21, 1932.)

*Horace R. Lamb* and *George M. Billings* for appellant. *John L. Bernstein* and *Harry Greenspan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.